Form summons (5/2012)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

| | |
|---|---|
| In Re:<br><br>Shannon Keeler,<br><br>　　　　　　Debtor(s). | Case Number: 12–19822–MLB<br><br>**Adversary Case Number: 13–01026–MLB**<br><br>(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS) |

Shannon Keeler,

　　　　　　Plaintiff(s),

v.

Wells Fargo NA, John Does 1–3,

　　　　　　Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. A copy of the complaint is attached to this summons.

Address of Clerk:

　　U.S. Bankruptcy Court
　　700 Stewart St, Room 6301
　　Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney (or Plaintiff if not represented by counsel).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by counsel):

　　Angela M Low
　　Law Offices of Angela M Low
　　4847 California Ave SW Ste 100
　　Seattle, WA 98116

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held telephonically on the following date and time:

**Date and Time: March 8, 2013 at 08:30 AM**

**Parties must appear <u>in person</u> for all pretrial conferences scheduled to be held in Port Orchard.** Counsel may appear at <u>**Seattle**</u> pretrial conferences in person **<u>or</u>** by telephone. Advance approval for a telephonic appearance is not required. Instructions and guidelines are as follows:

**<u>Instructions:</u>**
   Dial: 1.888.363.4749
   Enter Access Code: 9365479#
   Press the # sign
   Enter Security Code when prompted: 8574#
   Speak your name when prompted

**Please follow these guidelines when participating on a teleconference:**

  – Use a land line phone and not a cell phone, if possible.
  – Make the call from a quiet area where background noise is minimal.
  – Wait until the judge calls your case before speaking.
  – Do not put the phone on hold at any time after the call is connected.
  – In the event you are unable to connect to the conference call after following the above procedures,
    please contact chambers at (206) 370−5310.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

<u>Scope of Pretrial Conference:</u> At the pretrial conference the parties should be prepared to discuss: (1) timing of trial, (2) discovery deadlines, and (3) the authority of the bankruptcy court to enter a final adjudication on all matters encompassed in the lawsuit.

<u>Mediation:</u> Local Bankruptcy Rule 9040−3 requires parties in all adversary proceedings to file a Mediation Certification certifying that they have considered mediation to resolve their dispute. The form of Mediation Certification accompanies this summons and is to be served by the plaintiff on all defendants. See the court's website, www.wawb.uscourts.gov, Thomas T. Glover Mediation Program, for additional forms and information on the court's mediation program.

                                              Mark L. Hatcher
                                              Clerk, U.S. Bankruptcy Court



**Date of Issuance: <u>January 14, 2013</u>**

*Summons must be served within 14 days of date of issuance, Fed. R. Bankr. P. 7004(e). Plaintiff shall file a certificate of service within 14 days after service has been effected. W.D.Wash.Local Bankr. Rule 7004−1.*

ADR Form 1 (12/2011)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington

In Re:

Shannon Melissa Keeler,

       Debtor(s).

_____

Case Number: 12–19822–MLB

**Adversary Case Number: 13–01026–MLB**

Shannon Keeler,

       Plaintiff(s),

v.

Wells Fargo NA, and John Does 1–3,

       Defendant(s).

---

**MEDIATION CERTIFICATION**

Pursuant to Local Bankruptcy Rule 9040–3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____         _____
                                                    Signature of Plaintiff/Cross Plaintiff
                                                    Printed Name: _____

Dated: _____         _____
                                                    Signature of Counsel for Plaintiff/Cross Plaintiff
                                                    Printed Name: _____

Dated: _____         _____
                                                    Signature of Defendant/Cross Defendant
                                                    Printed Name: _____

Dated: _____         _____
                                                    Signature of Counsel for Defendant/Cross Defendant
                                                    Printed Name: _____

*NOTE: This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

**The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6310, Seattle, WA 98101.**